UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY DIAZ,<br><br>       Plaintiff,<br><br>   -against-<br><br>NEW YORK CITY MIDTOWN WEST POLICE DEPARTMENT; NYPD SGT. JOHN DOE; NYPD CHIEF OF POLICE; MAYOR OF N.Y.C.; GOV. OF NYC AND/OR STATE; SGT. JOHN DOE PARTNER,<br><br>       Defendants. | 22-CV-4023 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued June 23, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: June 23, 2022
     New York, New York

                   /s/ Laura Taylor Swain
                   LAURA TAYLOR SWAIN
                   Chief United States District Judge